03,401-01

# SUBSEQUENT

# WRIT OF HABEAS CORPUS

# CERTIFIED COPIES OF

# POST CONVICTION

FROM:     208TH CRIMINAL COURT

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 16 2015

Abel Acosta, Clerk

OF

HARRIS COUNTY, TEXAS

HILL, BRIAN DOUGLAS
1238827-A

APPLICANT

VS.

THE STATE OF TEXAS

RESPONDENT

REV. 01-02-04

# **INDEX**

|                                                      | PAGE |
| ---------------------------------------------------- | ---- |
| DISTRICT ATTORNEY ACKNOWLEDGMENT LETTER              | 1    |
| STATE'S MOTION REQUESTING DESIGNATION OF ISSUES      | 2    |
| STATE'S PROPOSED ORDER DESIGNATING ISSUES            | 3    |
| LETTER TO APPLICANT                                  | 5    |
| CERTIFICATE OF THE CLERK                             | 6    |

REV: 01-02-04

**Belinda Hill**
**Interim First Assistant**



Criminal Justice Center
1201 Franklin, Suite 600
Houston, Texas 77002-1901

# HARRIS COUNTY DISTRICT ATTORNEY
## MIKE ANDERSON

May 15, 2013

Chris Daniel, District Clerk
Harris County, Texas
1201 Franklin
Houston, Texas 77002

Re: Ex parte <u>HILL, BRIAN DOUGLAS</u>
No. <u>1238827-A</u> in the 208TH
District Court of Harris County, Texas
Filing date: 03/25/2013

Date copy of writ delivered to District Attorney's Basket: ___MAY 15 2013___
By: <u>Adele Martinez</u>

Dear Sir:

I hereby acknowledge receipt of a copy of the above-captioned post conviction application for writ of habeas corpus, filed pursuant to Article 11.07 of the Texas Code of Criminal Procedure. Therefore, I waive service by certified mail as provided therein.

I understand that I have 15 days from the date received to answer.

Sincerely,

MAY 1 6 2013
_____
Date Received

_____
Assistant District Attorney
Harris County, Texas

27/998
27/997

: 00001

Cause No. 1238827-A

| | | |
|---|---|---|
| EX PARTE | § | IN THE 208th DISTRICT COURT |
| | § | OF |
| BRIAN HILL,<br>Applicant | § | HARRIS COUNTY, TEXAS |

## MOTION REQUESTING DESIGNATION OF ISSUES

The State of Texas, by and through its Assistant District Attorney for Harris County, requests that this Court, pursuant to TEX. CODE CRIM. PROC. art. 11.07, §3(d), designate the following issues which need to be resolved:

1.  Whether the applicant was denied effective assistance of counsel;

Service has been accomplished by mailing a true and correct copy of the foregoing instrument to the following address:

Brian Hill
#01681080
Wynne Unit
810 FM 2821
Huntsville, TX 77349

SIGNED this 31st day of May, 2013.

Respectfully submitted,

Jamie Burro
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002
(713) 755-6657, (713) 755-5240 (fax)
Texas Bar I.D. #24059518

FILED
Chris Daniel
District Clerk

MAY 31 2013

Time:
By
Deputy

Cause No. 1238827-A

EX PARTE                                §        IN THE 208th DISTRICT COURT

                                        §        OF

BRIAN HILL,                             §        HARRIS COUNTY, TEXAS
    Applicant

### STATE'S PROPOSED ORDER DESIGNATING ISSUES

Having reviewed the applicant's application for writ of habeas corpus, the Court finds that the following issues need to be resolved in the instant proceeding:

1.  Whether the applicant was denied effective assistance of counsel;

Therefore, pursuant to Article 11.07, §3(d), this Court will resolve the above-cited issue and then enter findings of fact.

The Clerk of the Court is **ORDERED NOT** to transmit at this time any documents in the above-styled case to the Court of Criminal Appeals until further order by this Court.

By the following signature, the Court adopts State's Proposed Order Designating Issues.

JUN 0 4 2013

SIGNED on the _____ day of _____, 2013.

_____  JUN 0 4 2013
PRESIDING JUDGE



# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

June 7, 2013

MIKE ANDERSON
DISTRICT ATTORNEY
HARRIS COUNTY, TEXAS

To Whom It May Concern:

Pursuant to Article 11.07 of the Texas Code of Criminal Procedure, please find enclosed copies of the documents indicated below concerning the Post Conviction Writ filed in cause number 1238827A in the 208th District Court.

☐ State's Original Answer Filed ,

☐ Affidavit ,

☐ Court Order Dated ,

☐ Respondent's Proposed Order Designating Issues and Order For Filing Affidavit.

☐ Respondent's Proposed Findings of Fact and Order ,

☒ Other

Sincerely,

Leslie Garcia, Deputy
Criminal Post Trial

lg

Enclosure(s) – STATE'S PROPOSED ORDER DESIGNATING ISSUES



# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

June 7, 2013

BRIAN HILL
#01681080 WYNNE UNIT
810 FM 2821
HUNTSVILLE, TX 77349

To Whom It May Concern:

Pursuant to Article 11.07 of the Texas Code of Criminal Procedure, please find enclosed copies of the documents indicated below concerning the Post Conviction Writ filed in cause number 1238827A in the 208th District Court.

☐ State's Original Answer Filed                     ,

☐ Affidavit            ,

☐ Court Order Dated            ,

☐ Respondent's Proposed Order Designating Issues and Order For Filing Affidavit.

☐ Respondent's Proposed Findings of Fact and Order            ,

☒ Other

Sincerely,

Leslie Garcia, Deputy
Criminal Post Trial

lg

Enclosure(s) – STATE'S PROPOSED ORDER DESIGNATING ISSUES

SUPPLEMENTAL
CERTIFICATE OF THE CLERK

APPLICANT IN CUSTODY

THE STATE OF TEXAS          {   IN THE 208th DISTRICT COURT

COUNTY OF HARRIS         {   OF HARRIS COUNTY, TEXAS

I, CHRIS DANIEL, District Clerk of Harris County, Texas, do hereby certify that the

foregoing  _6_  pages contain true and correct copies of original records now in my

lawful custody and possession relating to cause number 1238827-A including the

petition, all answers filed by the State, the Order of the Court (entered on the 8TH day of

JULY,A.D., 2015 ) and each document, the inclusion of which was thereby ordered.

I further certify the Applicant HILL, BRIAN DOUGLAS is in the custody of the Texas

Department of Criminal Justice Institutional Division.

Witness my hand and seal of said Court at Houston, Texas, on this the _____ day of

JULY, 2015.

CHRIS DANIEL, District Clerk
Harris County, Texas

By:_____
Roxana Garcia, Deputy

REV. 01-02-04